139 So. 87, 142 So. 659

## MELTON v. STATE.
### 4 Div. 610.

Supreme Court of Alabama.

Dec. 17, 1931.

Rehearing Denied Jan. 21, 1932.
Rehearing Granted June 16. 1932.

Guy W. Winn, of Clayton, for appellant.

Thos. E. Knight, Jr., Atty. Gen., and Thos. Seay Lawson, Asst. Atty. Gen., for the State.

**THOMAS, J.**

The cause was submitted on the record proper. There was no bill of exceptions. The record has been carefully examined, and the judgment entry on the date of the trial, April 24; 1930, is insufficient, in that it fails to disclose the fact that the defendant and his attorney were present at the trial. For this reason the judgment of the circuit court is reversed, and the cause is remanded.

Reversed and remanded.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.

#### On Rehearing.

**THOMAS, J.**

The rehearing is granted, judgment of reversal and remandment set aside, and the judgment of the lower court is affirmed on the authority of Vertus Frost v. State, 142 So. 427. See Cosby v. State, 202 Ala. 419, 80 So. 803.

Affirmed.

All the Justices concur.